ORIGINAL

amendment 13CV659
MKB
RML

United States District Court
Eastern District Court of NY

Brenda Justin   Plaintiff
Against
defendants

RECEIVED MAR 22 2013 PRO SE OFFICE

I ask my witnesses be subpoenaed

1. NY Officer RICHARD KURNAPFEL 4765
2. NY Officer Greg Holme

The Rodriguez's apt 1F 733 Miller Ave Brooklyn NY 11207

Alexander Moore apt 1R 733 Miller Ave Brooklyn NY 11207

Parties - Plaintiff Brenda Justin
defendants, RICHARD KURNAPFEL — Kidnapping - Fraud attempted
Kidnapping attempted   Greg Holme   Falsifying police report attempted murder
attempted murder   Liz Bea / 89 Thurs -
attempted murder   Judge M Armstrong

violation of my 4th 5th 6th 8th 13th 14th amendments   malicious prosecution   violating my 4,5,6,8, (3) 14th amendment
my 4,5,6,8,13,14   False arrest
amendments violated   wrongful imprisonment

my child 4,13,14th amendment violated — violated under the constitution
endangering the life of a child
accessory to kidnapping
covering of the crime of kidnapping — of the U Intentional infliction of emotional distress, to my son
child 10.5 yrs old
13th amendment
infringed upon   american   violating my son's 4,14 amendment 13th amendment as a US citizen, under the constitution of the US of america.

B5) 13 Crime of Kidnapping & witnessed
3/22  Oct 15, 2012
Brought   action of my child
the immediate   733 Miller Ave apt 1R Brooklyn

Dear Your Honor -

I'm charging Greg Holme of NY law enforcement with kidnapping -
I'm charging Richard Knopfel with kidnapping, attempted murder,
co-conspirator of kidnapping and order all info related to my child to be turned over to me — Greg Holme with kidnapping me and my child.
I will be presenting this to the marshalls office

*Brenda Justice*
347-
Send to lawyer
For false arrest
and unlawful prosecution.

BC#
34712019124
emsc

# CRIMINAL COURT OF THE CITY OF NEW YORK
PART __A__   COUNTY OF __New York__

### ***DISMISSAL***

TO: THE COMMISSIONER OF CORRECTION of the City of New York

Judge __D. Boyar__ of the Criminal Court of the City of New York, has ORDERED Docket No. __2012NY081267__ DISMISSED.

You are commanded to perform all required procedures to effect the IMMEDIATE RELEASE of defendant __Justice, Brenda__, NYSID No. __118159915N__ in connection with the charges contained in the above docket number.

Dated: __Nov. 14, 2012__            __Hon. D. Boyar__
                                    Judge/Court Clerk

Received by the
Department of Correction: __CO A 15803__

### ***DISMISSAL***

CRC 2123 (3/97) [CRC 148]   White (original) to Correction Department   Yellow copy to Defendant   Pink copy to Court file

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 85551

THE PEOPLE OF THE STATE OF NEW YORK
VS

JUSTICE, BRENDA
Defendant

02/15/1968
Date of Birth

1312 HANFORD AVE
Address

11815915N
NYSID Number

LINCOLN PARK        MI
City            State    Zip

10/15/2012
Date of Arrest/Issue

Docket Number: 2012NY081267

Summons No:

CPL 57006
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 11/14/2012 | DISMISSED | BOYAR, D | A |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

ANELLI, R
COURT OFFICIAL SIGNATURE AND SEAL

11/16/2012
DATE      FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



CRIMINAL COURT OF THE CITY OF NEW YORK

Part _____, County __NEW YORK__

STATE OF NEW YORK ) 
COUNTY OF __NEW YORK__ ) ss.:

__Kuhnapfel, Richard__, a Police Officer [Detective] of the City of New York

being duly sworn, deposes and says that upon information and belief

the defendant, __Justice, Brenda__

stands charged in the State of __Michigan__, City of _____, County of __Wayne__

with the crime of __Kidnapping – Custodial Interference__

and that the said crime is punishable by death or imprisonment for a term exceeding one year.

~~The~~ MICH does not have the death penalty

That the sources of deponent's information and the grounds for his belief are communications from the police of said city and county, to wit:

UPON RECEIPT OF WARRANT #2012 720913 FROM THE STATE OF MICHIGAN, WAYNE COUNTY, FOR THE CRIME OF KIDNAPPING – CUSTODIAL INTERFERENCE, DATED 10-04-12 SIGNED BY A JUDGE OF THE 19TH DISTRICT COURT FROM THE STATE OF MICHIGAN.

Deponent therefore asks that the defendant be held reasonable length of time to enable deponent to produce further evidence and that upon the completion of an examination pursuant to the provisions of the Criminal Procedure Law or upon defendant's waiver thereof, he be committed to enable his arrest to be made under a warrant of the Governor of this State on the requisition of the executive authority of the state having jurisdiction of the offense.

DET. R.J.K. 976

Sworn to before me

_____, 20___

Judge.